No.06-57-DLB

# UNITED STATES DISTRICT COURT
## Eastern District of Kentucky

### COVINGTON DIVISION

## THE UNITED STATES OF AMERICA

vs

## *ANDRE FINNELL*

## INDICTMENT

**21 U.S.C. § 841(a)(1) - Possession with intent to distribute crack cocaine - 1 count**

*A true bill.*

_____
*Foreman*

Filed in open court this 14th day of June, A.D. 2006

JUN 14 2006

Clerk

Bail, $ _____  LESLIE G WHITMER
CLERK U S DISTRICT COURT

Eastern District of Kentucky
**FILED**
JUN 14 2006
AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON

UNITED STATES OF AMERICA

V.                                     INDICTMENT NO. 06-51-DLB
                                       21 U.S.C. § 841(a)(1)

ANDRE C. FINNELL

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about March 28, 2006, in Kenton County, in the Eastern District of Kentucky,

**ANDRE C. FINNELL**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing five grams or more of a detectable amount of cocaine base (crack cocaine), a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL

_____
FOREPERSON

_____
AMUL R. THAPAR
UNITED STATES ATTORNEY

## **PENALTY**

**COUNT 1:** Not less than 5 years and no more than 40 years imprisonment, a fine of not more than $2,000,000, and at least 4 years supervised release.

**If a prior drug felony**, not less than 10 years and no more than life imprisonment, a fine of not more than $4,000,000, and at least 8 years supervised release.

**PLUS:** Mandatory special assessment of $100 per felony count.